UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0020--CV (RRB)
"ALASKA FOREST ASSOC ET AL V BEN A. THOMAS INC"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  4(8)
            Filed:  01/14/04
           Closed:  NO

     Jurisdiction:  (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (791) Employee Retirement Income Security Act of 1974
                    ERISA
           Origin:  (1) Original Proceeding
           Demand:
       Filing fee:  Paid $150.00 on 01/14/04 receipt # 00122265
         Trial by:
```

Parties of Record:                                      Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ALASKA FOREST ASSOC INC | Eugenia G. Sleeper<br>Jermain Dunnagan et al<br>3000 A Street, Suite 300<br>Anchorage, AK 99503<br>907-563-8844 |
| PLF 2.1 | TRUSTEES, TONGASS TIMBER TRUST | Eugenia G. Sleeper<br>(see above) |
| PLF 3.1 | ALASKA LOGGERS ASSOC RETIREMENT<br>PLAN TRUST FUND | Eugenia G. Sleeper<br>(see above) |
| DEF 1.1 | BEN A. THOMAS INC | Michael Jungreis<br>Hartig Rhodes et al<br>717 K Street<br>Anchorage, AK 99501<br>907-276-1592<br>FAX 907-277-4352 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A04-0020--CV (RRB)
                       "ALASKA FOREST ASSOC ET AL V BEN A. THOMAS INC"

                                     For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(8)
             Filed:  01/14/04
            Closed:  NO

      Jurisdiction:  (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit:  (791) Employee Retirement Income Security Act of 1974
                    ERISA
            Origin:  (1) Original Proceeding
            Demand:
        Filing fee:  Paid $150.00 on 01/14/04 receipt # 00122265
          Trial by:
```

```
Document #   Filed     Docket text

    1 -  1   01/14/04  Complaint w/att exhs filed; Summons issued.

    2 -  1   01/15/04  JWS Minute Order that case referred to MJ Branson per MJ Rule 4(8). cc:
                       cnsl, MJ Branson

    3 -  1   02/05/04  PLF 1-3 Corp Disclosure stmt.

    4 -  1   03/09/04  PLF 1-3 Return of Service Executed re: DEF 1 on 1/15/04.

    5 -  1   03/11/04  AHB Minute Order (case not at issue); answer/application for default due
                       w/in 20 days from date of MO.  cc: cnsl

    6 -  1   03/30/04  DEF 1 Attorney Appearance of M. Jungreis.

    7 -  1   03/31/04  DEF 1 motion for additional time until 4/6/04 to file a response to the
                       complaint w/att aff.

    8 -  1   04/05/04  DEF 1 Answer to Complaint.

    9 -  1   04/06/04  AHB Order granting motion for additional time until 4/6/04 to file a
                       response to the complaint (7-1). cc: cnsl

   10 -  1   04/06/04  AHB Minute Order that parties shall meet w/i 21 days of date of svc of
                       the order, file w/crt w/i 28 days from svc of this order a status and
                       discovery needs report. cc: cnsl

   11 -  1   04/28/04  DEF 1 motion for preliminary injunction expunging purported wage lien
                       w/att exh.

   12 -  1   04/28/04  DEF 1 motion for shortened time re: 11.

   13 -  1   04/28/04  DEF 1 motion to accept late-acquired counterclaim w/att proposed
                       counterclaim

   14 -  1   05/03/04  DEF 1 Errata re: DEF 1 motion for preliminary injunction expunging
                       purported wage lien (11-1.
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A04-0020--CV (RRB)
             "ALASKA FOREST ASSOC ET AL V BEN A. THOMAS INC"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 15 - | 1 | 05/03/04 | DEF 1 Amenedment re: DEF 1 motion for preliminary injunction expunging purported wage lien (11-1) w/att exhs. |
| 16 - | 1 | 05/03/04 | PLF 1-3 opposition to DEF 1 motion for shortened time re: 11. (12-1). |
| 17 - | 1 | 05/04/04 | DEF 1 reply to opposition to DEF 1 motion for shortened time re: 11. (12-1). |
| 18 - | 1 | 05/04/04 | JWS Minute Order granting motion for shortened time re: 11 (12-1); plfs' oppo to mot for preliminary injunction due NOON 5/10/04; hrg set 10:30 a.m., 5/11/04 before MJ Branson.  cc: cnsl, Judge Sedwick |
| 19 - | 1 | 05/07/04 | PLF 1-3; DEF 1 Report of Parties' planning mtg. |
| 20 - | 1 | 05/07/04 | PLF 1-3 Case Status and Scheduling Planing Report. |
| 21 - | 1 | 05/10/04 | PLF 1-3 opposition to DEF 1 motion for preliminary injunction expunging purported wage lien (11-1) w/att exhs. |
| 22 - | 1 | 05/10/04 | DEF 1 reply to opposition to DEF 1 motion for preliminary injunction expunging purported wage lien  (11-1). |
| 23 - | 1 | 05/11/04 | AHB Court Minutes [ECR: Debby Willoughby-Lyons] of hrg on mot for preliminary injunction (held 5/11/04) taking under advisement motion for preliminary injunction expunging purported wage lien (11-1); R&R to issue.  cc: cnsl |
| 24 - | 1 | 05/12/04 | PLF 1-2 Notice of filing facsimile signature page of Janice Harbour re: opp to DEF 1 motion for preliminary injunction expunging purported wage lien (11-1). |
| 25 - | 1 | 05/13/04 | AHB Minute Order that S&P conf set 3:00 p.m., 6/10/04. cc: cnsl |
| 26 - | 1 | 05/13/04 | PLF 1-3 opposition to DEF 1 motion to accept late-acquired counterclaim w/att proposed counterclaim (13-1). |
| 27 - | 1 | 05/14/04 | PLF 1-3 notice of original signature pasge re: oppo to DEF 1 motion for preliminary injunction expunging purported wage lien (11-1) w/att signature page. |
| 28 - | 1 | 05/19/04 | this docket entry not used |
| 29 - | 1 | 05/19/04 | this docket entry not used |
| 30 - | 1 | 05/19/04 | this docket entry not used |
| 31 - | 1 | 05/19/04 | this docket entry not used |
| 32 - | 1 | 05/19/04 | this docket entry not used |
| 33 - | 1 | 05/19/04 | Initial R&R recommends DENYING w/o prejudice: DEF 1 motion for preliminary injunction expunging purported wage lien (11-1). Objections due 06/04/04. Reply due 06/17/04. cc: cnsl, Judge Sedwick |
| 33 - | 2 | 05/19/04 | Initial R&R recommends DENYING w/o prejudice: DEF 1 motion to accept late-acquired counterclaim (13-1). Objections due 06/04/04. Reply due 06/17/04. cc: cnsl, Judge Sedwick |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0020--CV (RRB)
                    "ALASKA FOREST ASSOC ET AL V BEN A. THOMAS INC"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 34 - 1 | 05/20/04 | DEF 1 reply to opposition to DEF 1 motion to accept late-acquired counterclaim (13-1). |
| 35 - 1 | 06/01/04 | DEF 1 motion for ext of time (to 8/1/04) to add additional parties. |
| 36 - 1 | 06/02/04 | JWS Minute Order recusing himself; clk to reassign case to another judge. cc: cnsl, MJ Branson |
| 37 - 1 | 06/02/04 | JWS Minute Order recusing Judge Sedwick; case is reassigned to Judge Beistline for all further proceedings; use case number A04-0020 CV (RRB) on all future filings. cc: cnsl, Judge Beistline, MJ Branson |
| 38 - 1 | 06/04/04 | DEF 1 objection to R&R re: DEF 1 motion for preliminary injunction expunging purported wage lien (11-1), DEF 1 motion to accept late-acquired counterclaim (13-1). |
| 38 - 2 | 06/04/04 | DEF 1 motion (Alternative) for stay. |
| 39 - 1 | 06/14/04 | AHB Court Minutes [ECR: Caroline Edmiston] of S&P conf (held 6/10/04); hrg vacated on record. cc: cnsl |
| 40 - 1 | 06/17/04 | PLF 2-3 reply to objection to R&R re: DEF 1 motion for preliminary injunction expunging purported wage lien (11-1), DEF 1 motion to accept late-acquired counterclaim (13-1). |
| 40 - 4 | 06/17/04 | PLF 2-3 opposition to DEF 1 motion (Alternative) for stay. (38-2). |
| 41 - 1 | 06/25/04 | Final R&R re: DEF 1 motion for preliminary injunction expunging purported wage lien (11-1), DEF 1 motion to accept late-acquired counterclaim w/att proposed counterclaim (13-1); recommended be denied w/o prejudice; re: DEF 1 alternative motion for stay (38-2); recommended crt permit further briefing. cc: cnsl, Judge Beistline |
| 42 - 1 | 06/29/04 | RRB Minute Order denying w/out prej motion for preliminary injunction expunging purported wage lien (11-1), motion to accept late-acquired counterclaim (13-1). The court will permit further briefing on the issue of a stay of proceedings in this matter. cc: cnsl, MJ Branson |
| 43 - 1 | 06/30/04 | AHB Minute Order granting motion for ext of time (to 8/1/04) to add additional parties (35-1); ddln for joinder of parties is 8/2/04. cc: cnsl |
| 44 - 1 | 07/08/04 | RRB Minute Order re supp brief on the issu of a stay of proceedings due 7/30/04. cc: cnsl |
| 45 - 1 | 07/15/04 | DEF 1 Notice to crt of Filing Bankruptcy 7/2/04 w/att exh. |
| 46 - 1 | 07/23/04 | RRB Minute Order pursuant to the notice to the court at dkt 45 this matter stayed pending resolution of the bankruptcy petition. cc: cnsl |
| 47 - 1 | 06/08/05 | JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: cnsl, Judge Beistline |
| 48 - 1 | 09/29/05 | RRB Minute Order a status rpt or closing docs regarding def's bankruptcy shall be file by counsel for def by 10/15/05. cc: cnsl |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0020--CV (RRB)
                    "ALASKA FOREST ASSOC ET AL V BEN A. THOMAS INC"

                                    For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 49 - | 1 | 09/30/05 | DEF 1 Status Report. |
| 50 - | 1 | 10/05/05 | RRB Minute Order plf counsel to file a status report regarding the def's Bankruptcy matter by 10/18/05.  cc: cnsl |
| 51 - | 1 | 10/17/05 | PLF 1-3 Status Report. |