UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ALASKA FOREST ASSOCIATION   v.   BEN A. THOMAS INC.

DATE:   January 11, 2007        CASE NO.   3:04-CV-0020-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE STATUS REPORT**

---

A status report is due by the close of business on **Friday, January 26, 2007.**

M.O. RE STATUS REPORT