Michael Jungreis
Hartig Rhodes Hoge & Lekisch, P.C.
717 K Street
Anchorage, Alaska 99501
(907) 276-1592
(907) 277-4352 Fax
federalcourt@hartig.com

Attorneys for Defendant Ben A. Thomas, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALASKA FOREST ASSOCIATION, INC., TRUSTEES OF THE TONGASS TIMBER TRUST, and ALASKA LOGGERS ASSOCIATION RETIREMENT PLAN TRUST FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>BEN A THOMAS, INC.,<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Case No. 3:04-cv-20 RRB-JDR** |

**STATUS REPORT**

Hartig Rhodes Hoge & Lekisch, P.C. hereby gives notice that this firm was required to withdraw from representation of Ben A. Thomas, Inc. in the bankruptcy proceeding (now a chapter 7 liquidation) in late 2004, and has had no contact with the matter since about that time. The undersigned assumes, but does not know, that the issues raised in this suit are being resolved in the bankruptcy proceeding. The

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352

undersigned believes that counsel for the plaintiff remains active in the bankruptcy and can give an account of its current status.

DATED this 19th day of January, 2007, at Anchorage, Alaska.

HARTIG RHODES HOGE & LEKISCH, P.C.
Attorneys for Ben A. Thomas, Inc.

/s/ Michael Jungreis
Michael Jungreis
Alaska Bar No. 7711184

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on Jan. 19, 2007, a true and correct copy of this ***Status Report*** was served on:

- Eugenia G. Sleeper

By electronic means through the ECF system as indicated on the Notice of Electronic Filing.

/s/ Michael Jungreis
Michael Jungreis

f:\docs\68630\21\pleadings\status report_2007.doc

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE, ALASKA
99501-3397
TELEPHONE:
(907) 276-1592
FAX:
(907) 277-4352