Eugenia G. Sleeper, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA FOREST ASSOCIATION, INC. and the TRUSTEES of the TONGASS TIMBER TRUST and ALASKA LOGGERS ASSOCIATION RETIREMENT PLAN AND TRUST,<br><br>                         Plaintiffs,<br><br>vs.<br><br>BEN A. THOMAS, INC.<br><br>                         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0020 CV (RRB) |

## STATUS REPORT

COME NOW, Plaintiffs, and in response to this Court's Order dated January 11, 2007, submit this status report.

Plaintiffs and Larry D. Compton, Chapter 7 Trustee for defendant Ben A. Thomas, Inc. have entered a Settlement Agreement relating to Plaintiffs' claims asserted against Defendant in this action. Pursuant to the terms of the Settlement Agreement, the parties are required to submit a final judgment entering judgment for the claims asserted

herein by Plaintiffs.  Plaintiffs anticipate the stipulation and proposed final judgment will be filed within the next two weeks.

DATED at Anchorage, Alaska this 26th day of January, 2007.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs, Alaska Forest Assn., Inc., Trustees of the Tongass Timber Trust, and Alaska Loggers Association Retirement Plan and Trust


By: /s/ *Eugenia G. Sleeper*
Eugenia G. Sleeper, ABA No. 9411119
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, Alaska 99503
Telephone (907) 563-8844
Facsimile  (907) 563-7322
E-Mail: jsleeper@jdolaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2007,
a copy of the *Status Report* was served
electronically on:

Michael Jungreis


*/s/ Eugenia G. Sleeper*
Jermain Dunnagan & Owens, PC
144354