Eugenia G. Sleeper, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
Telephone:  (907) 563-8844
Facsimile:  (907) 563-7322

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA FOREST ASSOCIATION, INC. and the TRUSTEES of the TONGASS TIMBER TRUST and ALASKA LOGGERS ASSOCIATION RETIREMENT PLAN AND TRUST, <br><br>                     Plaintiffs, <br><br> vs. <br><br> BEN A. THOMAS, INC. <br><br>                     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. A04-0020 CV (RRB) |

**STIPULATION FOR ENTRY OF JUDGMENT and
REQUEST FOR ENTRY OF FINAL JUDGMENT**

COME NOW Plaintiffs Alaska Forest Association, Inc., and Trustees of the Tongass Timber Trust and the Alaska Loggers Association Retirement Plan and Trust, ("Plaintiffs") and Larry D. Compton, Chapter 7 Trustee for Defendant Ben A. Thomas, Inc., (collectively the "Parties") and pursuant to a Settlement Agreement filed and approved by the Bankruptcy Court in the Chapter 7 bankruptcy case of Ben A. Thomas, Inc., Case No. 04-00716-DMD, hereby stipulate to entry of judgment against Defendant Ben A. Thomas, Inc., and in favor of Plaintiff Alaska Forest Association, Inc. in the

{00144356 }

amount of $26,569, in favor of Plaintiff Trustees of the Tongass Timber Trust in the amount of $169,316, and in favor of Plaintiff Trustees of the Alaska Loggers Association Retirement Plan and Trust in the amount of $264,614, for a total judgment against defendant Ben A. Thomas, Inc. of $460,499.  Pursuant to the terms of the Settlement Agreement, the Parties have agreed to waive claims for recovery of fees and costs related to the above claims.

      The Parties further respectfully request this Court enter Final Judgment in Favor of Plaintiffs and against Defendant according to the stipulation set forth above.  A proposed Order and Final Judgment is submitted concurrently herewith.

DATED: February 20, 2007          By:   s/ Eugenia G. Sleeper
                                            Eugenia G. Sleeper, ABA #9411119
                                            Attorneys for Plaintiffs
                                            JERMAIN DUNNAGAN & OWENS PC
                                            3000 A Street, Suite 300
                                            Anchorage, AK 99503
                                            Tel: (907) 563-8844
                                            Fax: (907) 563-7322
                                            E-Mail: jsleeper@jdolaw.com

DATED: February 20, 2007          By:   s/ Erik J. LeRoy (consent)
                                            Erik J. LeRoy, ABA #8310130
                                            Attorney for Larry D. Compton,
                                            Trustee, Ben A, Thomas
                                            Bankruptcy Estate
                                            500 L Street, Suite 302
                                            Anchorage, AK 99501

Certificate of Service

I hereby certify that on February 20, 2007
a copy of the foregoing Stipulation for
Entry of Judgment and Request for Entry
of Final Order was served electronically

{00144356 }

on Michael Jungreis and on:

Erik LeRoy
500 L Street, Suite 302
Anchorage, AK 99501

by regular U.S. mail.


s/ Eugenia G. Sleeper
Eugenia G. Sleeper