Eugenia G. Sleeper, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
Telephone: (907) 563-8844
Facsimile: (907) 563-7322

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA FOREST ASSOCIATION, INC. and the TRUSTEES of the TONGASS TIMBER TRUST and ALASKA LOGGERS ASSOCIATION RETIREMENT PLAN AND TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>BEN A. THOMAS, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0020 CV (RRB) |

### ORDER AND FINAL JUDGMENT

Plaintiffs Alaska Forest Association, Inc., and Trustees of the Tongass Timber Trust and the Alaska Loggers Association Retirement Plan and Trust, and Larry D. Compton, Chapter 7 Trustee for Defendant Ben A. Thomas, Inc., having stipulated to entry of Final Judgment, it is

ORDERED that judgment be entered in accordance with the stipulation of the Parties.

JUDGMENT IS HEREBY ENTERED against Defendant Ben A. Thomas, Inc., and in favor of Plaintiff Alaska Forest Association, Inc. in the amount of $26,569, in favor of Plaintiff Trustees of the Tongass Timber Trust in the amount of $169,316, and in favor of Plaintiff Trustees of the Alaska Loggers Association Retirement Plan and Trust in the amount of $264,614, for a total judgment against defendant Ben A. Thomas, Inc. of $460,499, with each party to bear their own fees and costs.

LET EXECUTION ISSUE

DATED 2/21, 20__

REDACTED SIGNATURE
RALPH R. BEISTLINE
U.S. District Court Judge